# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:15 CR 38

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DUSTIN ALAN WHITENER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Defendant's Waiver of Detention Hearing/Continuance Request (Doc. 272), Defendant's waiver of an immediate detention hearing is **NOTED**, Defendant's continuance request is **GRANTED**, and a hearing on the Government's motion for detention is **CONTINUED INDEFINITELY FOR CAUSE**. See U.S. v. Clark, 865 F.2d 1433 (4th Cir. 1989). Defendant is ordered detained without bond pending further proceedings.

Signed: May 28, 2020

W. Carleton Metcalf
United States Magistrate Judge

Case 1:15-cr-00038-MR-WCM   Document 273   Filed 05/28/20   Page 1 of 1